UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

------------------------------------------------------------------ X
                              :

BRENDAN T. MIMS,                :

                              :

               Plaintiff,    :        1:25-cv-10542-GHW

        -v-              :

                              :        ORDER

NEW YORK CITY DEPARTMENT OF   :
EDUCATION, *et al.*,          :

                              :

             Defendants.  :

                              :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On March 11, 2026, the Court held a teleconference with the parties to discuss Defendants'

anticipated motion to dismiss.  As discussed during the conference, should Plaintiff wish to amend

the complaint, Plaintiff is directed to provide Defendants with the proposed amended complaint

and a blackline reflecting all changes no later than April 10, 2026.  The parties are then directed to

meet and confer regarding the proposed amendments.

The parties are further directed to file a joint letter no later than April 17, 2026 advising the

Court of the outcome of their discussions.  If the parties agree that Plaintiff will file an amended

complaint, the parties shall state that agreement in the joint letter and attach as exhibits the proposed

amended complaint and a blackline.  If the parties are unable to reach agreement, they shall set forth

in the joint letter their respective positions on the proposed amendments.  Plaintiff may also request

leave to amend in that letter, and any such request must include as exhibits the proposed amended

complaint and a blackline.

As discussed during the conference, should Plaintiff decide not to amend the complaint,

Defendants may move to dismiss the current complaint no later than May 11, 2026.  Plaintiff's

opposition is due no later than three weeks after the date of service of Defendants' motion to

dismiss.  Defendants' reply, if any, is due no later than one week after the date of service of

Plaintiff's opposition.

Finally, for the reasons stated on the record during the conference, the discovery deadlines set by the Court's February 19, 2026 order, Dkt. No. 26, are stayed pending the resolution of Defendants' anticipated motion to dismiss.

SO ORDERED.

Dated: March 12, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2